USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JENISA ANGELS, on behalf of herself
and all others similarly situated,

                         Plaintiffs,

       -against-

KAI U.S.A., LTD.,

                         Defendant.
-----------------------------------------------------------------X

20-CV-7094 (PAE) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on October 22, 2020 (doc. no 10) the Initial Case Management Conference currently scheduled for **December 7, 2020** is hereby adjourned *sine die*.

       SO ORDERED.

DATED:      New York, New York
               October 23, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge